**Opinion issued January 11, 2013**



In The

# Court of Appeals
### For The
# First District of Texas

———————

**NOS. 01-13-00011-CR**
**01-13-00012-CR**
**01-13-00013-CR**
**01-13-00014-CR**
**01-13-00032-CR**
**01-13-00033-CR**
**01-13-00034-CR**
**01-13-00035-CR**

———————

**IN RE WYDELL DIXON, Relator**

———————

**Original Proceedings on Petitions for Writs of Mandamus and Prohibition**

———————

**MEMORANDUM OPINION** [1]

---

[1]    The underlying cases are *The State of Texas v. Wydell Dixon*, Nos. 12CR0748, 12CR0749, 12CR0750, and 12CR0751 in the 56th District Court of Galveston County, Texas, the Hon. Lonnie Cox, presiding.

By petitions for writ of mandamus and prohibition, relator, Wydell Dixon, seeks relief from the trial court's January 4, 2013 order denying her motions to dismiss and preferentially setting the underlying cases for trial on December 14, 2013.

We **DENY** the petitions for writ of mandamus and prohibition. We **OVERRULE** all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.